## West Chicago Street Railroad Company, West Chicago Street Railroad Tunnel Company, Charles T. Yerkes et al. v. Morrison, Adams & Allen Company.

1. FREEHOLD—*Liberum Tenementum.*—In an action of trespass *quare clausum fregit,* the plea of *liberum tenementum* when replied to specially that the premises were not the close and freehold of the plaintiff, necessarily involves a freehold.

Memorandum.—Trespass *quare clausum fregit.* In the Circuit Court of Cook County; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Plea of *liberum tenementum;* replication; appeal. Heard in this court at the March term, 1894, and appeal dismissed. Opinion filed July 2, 1894.

EDMUND FURTHMANN, attorney for appellants.

CHARLES SHACKLEFORD, attorney for appellee.

MR. PRESIDING JUSTICE SHEPARD DELIVERED THE OPINION OF THE COURT.

This was an action of trespass *quare clausum fregit,* brought by the appellee against the appellants, for the forci-

ble breaking into appellee's business house and expelling it therefrom.

Among other pleas filed to the declaration was one of *liberum tenementum*, and to such plea the appellee replied specially, that the premises were not the close and freehold of the appellants.

"The plea of *liberum tenementum* necessarily, where, as here, it is directly put in issue by the replication, involves a freehold." Piper v. Connelly, 108 Ill. 646; Sanford v. Kane, 127 Ill. 591; Town of Brushy Mound v. McClintock, 146 Ill. 643; Pratt v. Kendig, 30 Ill. App. 281.

Therefore this court has no jurisdiction of this appeal, and it will be dismissed.